**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROBERT WEST, | : | |
| Plaintiff, | : | |
| vs. | : | CA 14-00218-CG-C |
| SAM COCHRAN, SHERIFF OF MOBILE COUNTY, ALABAMA, | : | |
| | : | |
| Defendant. | | |

## REPORT AND RECOMMENDATION

This cause is before the Magistrate Judge for issuance of a report and recommendation, pursuant to 28 U.S.C. § 636(b), on defendant's motion to dismiss (Doc. 9) and plaintiff's response (Doc. 13). Given plaintiff's concession that the motion to dismiss is "well-taken[]" (Doc. 13), the undersigned **RECOMMENDS** that defendant Cochran's motion to dismiss (Doc. 9) be **GRANTED**.

Although plaintiff's response contains a request that he be granted leave of court to file an amended complaint (Doc. 13), such request need be made by motion, *see* Fed.R.Civ.P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's consent *or the court's leave*."), and at such time as the movant requests leave of court to file an amended complaint he should attach to his motion the proposed amendment. Thereafter, the Court will be in a position to rule on the requested amendment after extending to the defendant an opportunity to object (or not object).

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in

it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); FED.R.CIV.P. 72(b); S.D.ALA. L.R. 72.4. The parties should note that under Eleventh Circuit precedent, "the failure to object limits the scope of [] appellate review to plain error review of the magistrate judge's *factual findings*." *Dupree v. Warden*, 715 F.3d 1295, 1300 (11th Cir. 2013) (emphasis in original). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** this the 2nd day of September, 2014.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**