IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 14-0218-CG-C |
| | ) |
| SAM COCHRAN, SHERIFF OF | ) |
| MOBILE COUNTY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 2, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 9th day of March, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE