IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WEST, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CA NO. 14-0218-CG-C |
| | ) |
| SAM COCHRAN, SHERIFF OF | ) |
| MOBILE COUNTY, ALABAMA, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion to dismiss (Doc. 9) is **GRANTED**.

**DONE and ORDERED** this 9th day of March, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE